UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 12-01259-CJC(JPRx)          Date: August 31, 2012

Title: <u>RONALD GOSSETT v. AMTRUST BANK, ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH THE COURT'S ORDER TO SHOW CAUSE** [issued 8/10/12]

       Pro se plaintiff Ronald Gossett filed this action on July 16, 2012 in Orange County Superior Court asserting eleven causes of action, including one sounding in fraud, relating to the non-judicial foreclosure process initiated on his property. Defendants Nationstar Mortgage LLC and Mortgage Electronic Registration Systems, Inc. removed the case to this Court on August 6, 2012. On August 10, 2012, the Court issued an order to show cause why this case should not be dismissed for failure to allege any cognizable claim. Plaintiff was required to file an opposition by August 24, 2012. Plaintiff has failed to respond and Defendants Nationstar Mortgage LLC and Mortgage Electronic Registration Systems, Inc. filed a notice of non-opposition on August 30, 2012. Accordingly, the Court **DISMISSES** Plaintiff's action.

jmc

MINUTES FORM 11
CIVIL-GEN                                                                         Initials of Deputy Clerk MU